UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 1:22-CV-10056-ADB

| | |
|---|---|
| S.B., for themselves and on behalf of A.M., | ) |
| Plaintiff, | ) |
| v. | ) |
| BUREAU OF SPECIAL EDUCATION APPEALS<br>CONCORD PUBLIC SCHOOLS | ) |
| Defendants. | ) |

## JOINT PROPOSED SCHEDULING ORDER

In accordance with Rule 16 of the Federal Rules of Civil Procedure and Local Rule 16.1, the Plaintiff S.B., for themselves and on behalf of A.M; the Defendant CONCORD PUBLIC SCHOOLS and the BUREAU OF SPECIAL EDUCATION APPEALS ("BSEA") jointly propose the following scheduling order related to discovery and dispositive motions:

1. The administrative record will be assembled by the BSEA and the Massachusetts Attorney General's Office by October 31, 2022.

2. Any motion to supplement the administrative record will be filed by November 28, 2022.

3. The case will proceed on cross-motions for summary judgment.

4. The Plaintiff's summary judgment motion and brief will be filed by January 16, 2023.

5. The Defendants' cross-motions and briefs will be filed by February 27, 2023.

Respectfully submitted,

DEFENDANT CONCORD PUBLIC SCHOOLS

By their attorneys,

/s/ Joshua R. Coleman
Joshua Coleman (BBO #661105)
Marianne Peters (BBO #703811)
MURPHY, LAMERE & MURPHY, P.C.
50 Braintree Hill Office Park, Suite 202
Braintree, MA 02184-8807
(781) 848-1850
jcoleman@mlmlawfirm.com
mpeters@mlmlawfirm.com

DEFENDANT BUREAU OF SPECIAL
EDUCATION APPEALS

By its attorney,

/s/ Jennifer E. Greaney
Jennifer E, Greaney (BBO #643337)
Massachusetts Office of the Attorney General
One Ashburton Place
Boston, MA 02108
(617) 963-2981
jennifer.greaney@state.ma.us

PLAINTIFF S.B., for themselves and on behalf of A.M

/s/_____
S.B., for themselves and on behalf of A.M
P.O. Box 263
Randolph, MA 02368

Dated:  September 15, 2022

2

**CERTIFICATE OF SERVICE**

      I, Joshua R. Coleman, hereby certify that, on September 15, 2022, a true and accurate copy of the foregoing motion was filed and served electronically on all parties via this Court's ECF service portal and by Certified First Class Mail to Plaintiff.

                                          /s/ Joshua R. Coleman
                                          Joshua R. Coleman, BBO #661105